IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| JUANITA RODRIGUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ACE EUROPEAN GROUP LIMITED, et al., | ) ) |
| | ) |
| Defendants. | ) Civil Action No. 6:15-CV-055-C |

## ORDER OF DISMISSAL

The Court having considered the Joint Stipulation of Dismissal filed November 17, 2015,

IT IS ORDERED that the above-styled and -numbered civil action is **DISMISSED** with prejudice, with costs taxed against the party incurring same.

Dated this _18th_ day of November, 2015.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE